FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2018 APR 11 AM 9:54
OFFICE OF THE CLERK

8:18MC83

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § | |
| Plaintiff, § § | |
| v. § § | |
| ARISEBANK, § | Civil Action No. 3:18-cv-0186-M |
| JARED RICE SR., and § | |
| STANLEY FORD, § § | |
| Defendants. § § | |

## ORDER

Before the Court is the Motion for Reappointment of the Receiver [ECF No. 71], filed by the Receiver. On January 25, 2018, the Court entered an Order Appointing Receiver [ECF No. 12] that named Mark W. Rasmussen as Receiver for the Defendants. The Receiver informed the Court that after the expiration of ten days from the date of the issuance of the Order Appointing Receiver, the Receiver identified Receivership Assets located in a number of other federal districts.

In order to comply with the requirements of 28 U.S.C. § 754 and to confer jurisdiction upon this Court of all Receivership Assets, regardless of their location, the Receiver filed the Motion. The Court, having considered the Motion and relevant case law, concludes that the Motion should be GRANTED. Accordingly,

IT IS ORDERED that Mark W. Rasmussen is REAPPOINTED as Receiver in these proceedings as to all those entities and individuals for which he has been acting as Receiver. This reappointment incorporates all of the provisions set forth in the Order Appointing Receiver [ECF No. 12].

1

**SO ORDERED**.

April 5, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE